UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80284-CIV-ROSENBERG
(CASE NO. 21-80060-CR-ROSENBERG)

JOEL BARRETT,

      Movant,

v.

UNITED STATES,

      Respondent.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court upon Joel Barrett's ("Movant") *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255 [DE 1], which seeks to vacate his criminal judgment following a guilty plea in Case No. 21-80060-CR-ROSENBERG in the United States District Court for the Southern District of Florida.

It is therefore **ORDERED AND ADJUDGED** as follows:

1.     Counsel for the Government is instructed to use the civil case number and the underlying criminal case number on all filings in this § 2255 proceeding.

2.     The Government, if it has not already done so, shall notify the Court within one week of receipt of this Order of the name of the Assistant United States Attorney to whom the case is assigned by having a Notice of Appearance filed in this case.

3.     **Forty-five (45) days from the date of this order**, the Government shall file a memorandum of fact and law to show cause why the Motion should not be granted. In addition, the Government shall file all documents and transcripts necessary for the resolution of the Motion, regardless of whether or not they are in the Court file. The Government must ensure that copies of the change of plea and sentencing transcripts are made part of the record in the underlying criminal

case, and if they are not, the Government shall make them part of the record in the civil and criminal case number.

      4.      In its Response, the Government shall specifically address the merits of Movant's claims, notwithstanding any procedural defenses that may apply and which the Government may assert.

      5.      The Response shall contain (1) a detailed procedural history, with citations to the corresponding criminal docket entries, (2) the facts adduced at trial with corresponding accurate citations to the trial transcripts, and (3) a discussion on the merits of each claim identified by Movant.

      6.      The Government shall not comingle or otherwise group claims raised by Movant. The Government shall address each claim individually, as numbered by Movant.

      7.      Movant is not required to file a Reply to the Government's Response. But if Movant elects to do so, the Reply, which shall not exceed 20 pages in length, is due thirty (30) days from the filing of the Response.

      **DONE AND ORDERED** in West Palm Beach, Florida, this 15th day of March 2024.


_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc:     Noticing 2255 US Attorney
         Email: usafls-2255@usdoj.gov

         **Joel Barrett, Pro Se**
         33938-509
         Coleman Medium
         Federal Correctional Institution
         Inmate Mail/Parcels
         Post Office Box 1032
         Coleman, FL 33521